GAINESVILLE RAILWAY & POWER CO. *v.* IOWA GOLD MINING CO.

ATKINSON, J. Under the pleadings and evidence in this case, it does not appear that there was any abuse of discretion in refusing the grant of an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 14, 1912.

Petition for injunction. Before Judge Jones. Lumpkin superior court. February 3, 1912.

*H. H. Dean,* for plaintiff.

*O. J. Lilly* and *W. A. Charters,* for defendant.